# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ESKER MARTIN, III**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00385-KGB-JJV**

**VAMESHA ROGERS, Deputy,**
**Pulaski County Regional Detention Facility,** *et al.*                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 8).

Accordingly, the Court dismisses without prejudice the *pro se* complaint filed by plaintiff Esker Martin, III (Dkt. No. 2). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order adopting these recommendations would not be taken in good faith.

So ordered this 1st day of February, 2019.

                                                    Kristine G. Baker
                                                    United States District Judge