IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ESKER MARTIN, III**                                                                                      **PLAINTIFF**

**v.**                    **Case No. 4:18-cv-00385-KGB-JJV**

**VAMESHA ROGERS, Deputy,**
**Pulaski County Regional Detention Facility,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the complaint filed by plaintiff Esker Martin, III, is dismissed without prejudice.

So adjudged this 1st day of February, 2019.

Kristine G. Baker
United States District Judge